Piers R. Tueller (14633)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:    (702) 385-2086
ptueller@hutchlegal.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Antoine McCants,<br><br>Plaintiff,<br><br>v.<br><br>Ryder Integrated Logistics, Inc.,<br><br>Defendant. | Case No.: 2:26-cv-00567-MMD-DJA<br><br>**DEFENDANT RYDER INTEGRATED LOGISTICS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

Defendant Ryder Integrated Logistics, Inc. ("Defendant") respectfully moves this Court for an Order extending the deadline for Defendant to file a responsive pleading to Antoine McCants' ("Plaintiff") (collectively, "the Parties") Complaint in this matter up to and including May 21, 2026. In support of its Motion, Defendant states:

1. Defendant was served with the Complaint on March 31, 2026, making the deadline for a responsive pleading April 21, 2026.

2. Defendant has been diligently working to investigate Plaintiff's claims such that it may appropriately respond to his Complaint but needs additional time. In addition to normal press of business, Defendant's attorneys have had significant travel, with one preparing for, and currently in, trial.

3. This Motion is not made for the purpose of delaying the adjudication of this case or for any other improper purpose and is made in good faith. Plaintiff will suffer no prejudice if the

1

Court grants this Motion.

4.    Defendant has not requested any prior extension of the case deadline set forth herein.

5.    Counsel for Defendant has conferred with counsel for Plaintiff, and counsel for Plaintiff has no objection to the requested 30-day extension.[1]

WHEREFORE, Defendant respectfully requests this Honorable Court grant this Unopposed Motion and extend the responsive pleading deadline for Defendant, up to and including May 21, 2026.

Respectfully submitted this 21st day of April, 2026

                                        HUTCHISON & STEFFEN, PLLC

                                        */s/ Piers R. Tueller*

                                        _____
                                        Piers R. Tueller (14633)
                                        Peccole Professional Park
                                        10080 West Alta Drive, Suite 200
                                        Las Vegas, NV 89145
                                        ptueller@hutchlegal.com

                                        *Attorneys for Defendant*

IT IS SO ORDERED:

                                        _____
                                        DANIEL J. ALBREGTS
                                        UNITED STATES MAGISTRATE JUDGE
Dated: _____4/22/2026_____

_____
[1] *See* Email Communication attached hereto as Exhibit 1.

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 21st day of April, 2026, the foregoing document entitled:

**DEFENDANT RYDER INTEGRATED LOGISTICS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** was served via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.

*/s/ Kaci Chappuis*

_____

An employee of Hutchison & Steffen, PLLC

3

INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

# EXHIBIT 1



**Kaci Chappuis**

| | |
|---|---|
| **From:** | John M. Orr <JOrr@ggTrialLaw.com> |
| **Sent:** | Tuesday, April 21, 2026 12:15 PM |
| **To:** | Piers R. Tueller |
| **Cc:** | Kaci Chappuis; Anush A. Dishoyan; Jarrold, Evan |
| **Subject:** | RE: McCants v. Ryder Integrated Logistics (2:26-cv-00567-MMD-DJA) |

Piers,

As we discussed, the extension is granted and I don't have an issue with filing the motion as you proposed.

**John M. Orr**
**Counsel | Greenberg Gross LLP**

1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0810 | Main 702.777.0888
JOrr@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** Piers R. Tueller <ptueller@hutchlegal.com>
**Sent:** Tuesday, April 21, 2026 11:46 AM
**To:** John M. Orr <JOrr@ggTrialLaw.com>
**Cc:** Kaci Chappuis <kchappuis@hutchlegal.com>; Anush A. Dishoyan <ADishoyan@GGTrialLaw.com>; Jarrold, Evan <ejarrold@constangy.com>
**Subject:** [EXT] McCants v. Ryder Integrated Logistics (2:26-cv-00567-MMD-DJA)

Hi John,

Thanks again for being willing to extend the complaint response deadline by 30 days.  We plan to file a simple unopposed motion for extension today.  I just wanted to reach out to confirm your willingness to extend the deadline.  Thanks again.

Best,


Piers Tueller
Partner



1

HUTCHISON & STEFFEN, PLLC
(702) 385-2500
hutchlegal.com

**Notice of Confidentiality:** The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon, this information by anyone other than the intended recipient is not authorized..

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

2